No. 85–198.   CELOTEX CORP. *v.* CATRETT, ADMINISTRATRIX OF THE ESTATE OF CATRETT.   C. A. D. C. Cir.   Certiorari granted.

No. 85–227.   SMALIS ET AL. *v.* PENNSYLVANIA.   Sup. Ct. Pa. Certiorari granted.

No. 85–385.   BROCK, SECRETARY OF LABOR *v.* PIERCE COUNTY.   C. A. 9th Cir.   Certiorari granted.

No. 85–5189.   MCLAUGHLIN *v.* UNITED STATES.   C. A. 4th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–1645.   WEISS *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 84–1766.   SMITH *v.* THIGPEN, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–1952.   WOOD *v.* FEDERAL DEPOSIT INSURANCE CORPORATION.   C. A. 6th Cir.   Certiorari denied.

No. 84–2005.   IN RE GROTHE.   Ct. Crim. App. Tex.   Certiorari denied.

No. 84–6748.   WILEY *v.* TEXAS.   C. A. 5th Cir.   Certiorari denied.

No. 84–6753.   CARSON *v.* TURNER ET AL.   C. A. 5th Cir. Certiorari denied.

No. 84–6756.   LEWIS *v.* PORT AUTHORITY OF NEW YORK ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–6759.   MIDWIFE ET AL. *v.* WOODS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–6786.   WILSON *v.* REES, SUPERINTENDENT, KENTUCKY STATE REFORMATORY.   C. A. 6th Cir.   Certiorari denied.